

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00172-CV

CURTIS SHABAZZ, APPELLANT

V.

BARRY L. MARTIN, APPELLEE

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 103193-A, Honorable Dan L. Schaap, Presiding

May 21, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant Curtis Shabazz, a prison inmate appearing *pro se,* filed a notice of appeal but did not pay the filing fee. *See* TEX. R. APP. P. 5. By letter of April 22, 2015 we directed Shabazz to pay the filing fee or file an affidavit of indigence, and if indigent, to comply with Civil Practice and Remedies Code Chapter 14 by filing an affidavit relating to previous filings and a certified copy of his inmate account. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.002(a) (West Supp. 2014) (stating that Chapter 14 applies to appeals brought by an inmate in an appellate court). The letter further

notified Shabazz that his appeal would be subject to dismissal without further notice, should he fail to comply. *See* TEX. R. APP. P. 42.3(c).

Shabazz has made no response to our letter. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.3(c); 43.2(f).

James T. Campbell
Justice